IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WESLEY DAVIS,

        Petitioner,

v.                                                     CIV 06-1069 MV/KBM

TIMOTHY HATCH, Warden, et al.,

        Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 9, 2007. *See Doc. 9.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 9)* is ADOPTED;

2.    The § 2254 petition is dismissed with prejudice as without merit; and

3.    A final order enter concurrently herewith.

_____
CHIEF UNITED STATES DISTRICT JUDGE